JS 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LINDA COOPER, | ) | Case No.: CV 13-2138 DSF (AGRx) |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| OCWEN FINANCIAL CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

    The Court having previously issued an Order to Show Cause re Dismissal and Plaintiff having made a voluntary decision to abandon this litigation,

    IT IS ORDERED AND ADJUDGED that the Plaintiff take nothing and that the action be dismissed without prejudice.

Dated: ___7/2/13_____

_____
Dale S. Fischer
United States District Judge